Stark LIGON, as Executive Director of the Supreme Court
Committee on Professional Conduct *v.*
Larry G. DUNKLIN

04-661                                                     237 S.W.3d 78

Supreme Court of Arkansas
Opinion delivered June 15, 2006

*Stark Ligon,* Executive Director of the Supreme Court Committee on Professional Conduct, by: *Michael E. Harmon,* for appellant.

*Richard E. Holiman,* for appellee.

PER CURIAM. ■ Special Judge, Jack L. Lessenberry, filed his Findings of Fact and Conclusions of Law and Recommendation of Sanctions on May 22, 2006. *See* Section 13 of the Procedures Regulating Professional Conduct. The parties now must file briefs. Section 13D. We request the Supreme Court Clerk to set briefing schedules for the respective parties. Moreover, we bring to the parties' attention our most recent case of *Ligon v. Newman,* 365 Ark. 510, 231 S.W.3d 662 (2006), for whatever relevance it may have in this appeal. *See also Ligon v. Newman,* 361 Ark. 354, 206 S.W.3d 826 (2005) *(per curiam).*